```
MARK GOLDROSEN, Bar No. 101731
Attorney at Law
255 Kansas Street
Suite 340
San Francisco, CA  94107
TEL:  (415) 565-9600
FAX: (415) 565-9601
markgoldro@aol.com
```

Attorney for Defendant ADAN ROLDAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> ADAN ROLDAN, ) <br> ) <br> Defendant. ) <br> ) | No. 20-cr-0190-JD <br> No. 21-cr-0187-JD <br><br> STIPULATION FOR CONTINUANCE <br> OF STATUS CONFERENCE |

The parties stipulate to the following:

1. Defendant Adan Roldan is scheduled for a status conference in the related cases 20-cr-0190 JD and 21-cr-0187 JD on February 28, 2022 at 10:30 a.m.

2. Good cause exists for continuing the date of the status conference, as set forth below.

3. The Court requires all persons to take a COVID-19 Prescreening Questionnaire before entering the courthouse. Counsel for Mr. Roldan has medical symptoms that disqualify him from coming to court on February 28, 2022.

4. The parties have been informed that the Court is available to conduct a status conference on March 28, 2022, at 10:30 a.m. Defense counsel for Mr. Palermo and government counsel can be present at that time.

5. The period between February 28, 2022 and March 28, 2022, should be excluded from

1  computing the time within which the defendants trial must commence under the Speedy Trial Act.
2  The continuance requested will allow the defendant continuity of counsel and allow defense counsel
3  reasonable time necessary for effective preparation. 18 U.S.C. § 3161(h)(7)(B)(iv).In addition, the
4  ends of justice served by excluding the period of February 28, 2022 to March 28, 2022, from
5  computation under the Speedy Trial Act, outweigh the best interests of the public and the defendant
6  in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).
7  IT IS SO STIPULATED.

8  DATED: February 28, 2022                 /s/ Mark Goldrosen
                                            MARK GOLDROSEN
9                                           Attorney for Defendant
                                            ADAN ROLDAN
10

11 DATED: February 28, 2022                 /s/ Alexandra Shepard
                                            ALEXANDRA SHEPARD
12                                          Assistant United States Attorney

MARK GOLDROSEN, Bar No. 101731
Attorney at Law
255 Kansas Street
Suite 340
San Francisco, CA 94107
TEL: (415) 565-9600
FAX: (415) 565-9601
markgoldro@aol.com

Attorney for Defendant ADAN ROLDAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| UNITED STATES OF AMERICA, | ) | No. 20-cr-0190-JD |
| | ) | No. 21-cr-0187-JD |
| Plaintiff, | ) | |
| vs. | ) | [PROPOSED] ORDER |
| | ) | CONTINUING STATUS CONFERENCE |
| ADAN ROLDAN, | ) | |
| Defendants. | ) | |

GOOD CAUSE APPEARING AND BASED ON THE STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED THAT the status conference in the above-entitled cases is continued from February 28, 2022, at 10:30 a.m. to March 28, 2022, at 10:30 a.m.

It is also ordered that the time period between February 28, 2022 and March 28, 2022, shall be excluded from computing the time within which the defendant trial must commence under the Speedy Trial Act for. The continuance will allow the defendant continuity of counsel and allow defense counsel reasonable time necessary for effective preparation. 18 U.S.C. § 3161(h)(7)(B)(iv). In addition, the ends of justice served by excluding the period of February 28, 2022 to March 28, 2022, from computation under the Speedy Trial Act, outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

DATED: ~~February __, 2022~~ March 7, 2022

_____
Hon. James Donato
U.S. District Judge