1  JOHN J. JORDAN (CABN 175376)
   601 Montgomery Street, Suite 850
2  San Francisco CA 94111
   Tel: (415) 391-4814
3  Fax: (415) 391-4308
   Email: jjordanesq@aol.com
4
   Attorney for Defendant DANIEL LAWRENCE McCOY
5

6                        UNITED STATES DISTRICT COURT

7                       NORTHERN DISTRICT OF CALIFORNIA

8                              SAN FRANCISCO DIVISION

9  UNITED STATES OF AMERICA,          )   CASE NO. CR 19-0067 JD
                                      )   CASE NO. CR 09-0337 JD
10         Plaintiff,                 )
                                      )   STIPULATION AND [PROPOSED] ORDER TO
11     v.                             )   CONTINUE FORM 12 HEARING
                                      )
12 DANIEL LAWRENCE McCOY,             )
                                      )
13         Defendant.                 )
                                      )
14 _____    )

15

16     On May 16, 2022, the parties United States Attorney and the Defendant Daniel Lawrence

17 McCoy were informed that the defendant McCoy could not be produced to appear before this Court for

18 sentencing on the Form 12 petition, due to a COVID-19 quarantine imposed at Santa Rita Jail. As the

19 case is on for sentencing, the Court could not proceed without the defendant and the case will need to be

20 continued.

21     Due to this extraordinary circumstance, the parties now believe that the case should be continued

22 for an additional seven days. This will also allow counsel for the defendant additional time to confer

23 with the defendant. After conferring with the Court's courtroom deputy, the parties request that the

24 cases be set for May 23, 2022, at 10:30 a.m. Both parties and the assigned U.S. Probation Officers are

25 now available on May 23, 2022.

26     As the defendant has been convicted after trial, the Speedy Trial provisions in 18 U.S.C. § 3161

do not apply.

IT IS SO STIPULATED.

DATED: May 16, 2022                          Respectfully submitted,

                                             STEPHANIE M. HINDS
                                             United States Attorney

                                              /s/
                                             SAMANTHA SCHOTT BENNETT
                                             Assistant United States Attorney

DATED: May 16, 2022

                                              /s/
                                             JOHN JORDAN
                                             Counsel for DANIEL LAWRENCE McCOY

## [PROPOSED] ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS that for adequate preparation of the case by the parties and continuity of counsel, and in the interest of justice, IT IS HEREBY ORDERED THAT the hearing is continued until ~~May 16, 2022~~, at 10:30 a.m. May 23, 2022

IT IS SO ORDERED.

DATED: May 18, 2022                          _____
                                             JAMES DONATO
                                             United States District Judge